1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GREER, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DICK'S SPORTING GOODS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-01063-KJM-CKD<br><br>**ORDER RE JOINTLY STIPULATED PROTECTIVE ORDER**<br><br>[Complaint filed March 18, 2015] |

   Based on the concurrently filed Jointly Stipulated Protective Order, and for GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

   The Parties' Jointly Stipulated Protective Order is adopted.

   **IT IS SO ORDERED.**

Dated:  October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE