1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PAUL S. COWIE, Cal. Bar No. 250131
3  pcowie@sheppardmullin.com
   379 Lytton Avenue
4  Palo Alto, California 94301-1479
   Telephone:    650.815.2600
5  Facsimile:    650.815.2601
   CARYN F. HORNER, Cal. Bar No. 273500
6  chorner@sheppardmullin.com
   650 Town Center Drive, 4th Floor
7  Costa Mesa, California 92626
   Telephone:    714.513.5100
8  Facsimile:    714.513.5130
   REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
9  rsfford-harris@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111-4109
   Telephone:    415.434.9100
11 Facsimile:    415.434.3947
   Attorneys for DICK'S SPORTING GOODS, INC.
12
   Melissa Grant (SBN 205633)
13 Melisssa.Grant@capstonelawyers.com
   Robert J. Drexler, Jr. (SBN 119119)
14 Robert.Drexler@Capstonelawyers.com
   Jonathan Lee (SBN 267146)
15 Jonathan.Lee@capstonelawyers.com
16 Capstone Law APC
   1875 Century Park East, Suite 1000
17 Los Angeles, California 90067
   Telephone: (310) 556-4811
18 Facsimile: (310) 943-0396
19 Attorneys for Plaintiff Jimmy Greer and the Classes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GREER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01063-KJM-CKD<br><br>[Sacramento Superior Court<br>Case No. 34-2015-00176790]<br><br>**JOINT STIPULATION RE: PROVISION OF CLASS DATA BY DEFENDANT AND ORDER**<br><br>[Complaint Filed: March 18, 2015] |

-1-

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PURSUANT TO Local Rule 143, the following Stipulation is hereby entered into by and between Plaintiff Jimmy Greer ("Plaintiff") and Defendant Dick's Sporting Goods, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record.

**WHEREAS**, on March 15, 2018, the Court issued an order (ECF No. 70 at 2) requiring the Defendant to provide class information, including the social security numbers of past and current employees of Defendant, to the class action administrator ("CPT");

**WHEREAS**, the Parties have met and conferred, and out of deference to the protection of employee privacy, Plaintiff and his attorneys have confirmed that they will not receive or review any social security numbers pertaining to the class;

**WHEREAS**, CPT has stated that CPT does not need employee social security numbers in order to mail out class notice; and would only use social security numbers for the purpose of running a "skip trace" if mail is determined to be undeliverable.

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

IT IS THEREFORE STIPULATED by and between the Parties that Defendant shall only provide social security numbers as needed to CPT for the purpose of running a "skip trace." The Parties agree that neither Defendant nor CPT shall not disclose any of the class social security numbers to Plaintiff or Plaintiff's counsel.

1 | Dated: March 19, 2018

               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

               By      */s/*Caryn F. Horner
                         PAUL S. COWIE
                        CARYN F. HORNER
                  REANNE SWAFFORD-HARRIS
                   Attorneys for Defendant
                DICK'S SPORTING GOODS, INC.

Dated: March 19, 2018

               Capstone Law APC

               By      */s/*Robert J. Drexler (as Authorized on 3/19/2018)
                         Melissa Grant
                       Robert J. Drexler, Jr.
                         Jonathan Lee
             Attorneys for Plaintiff Jimmy Greer and the Classes

# **ORDER**

Based on the foregoing stipulation, and for GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

Defendant Dick's Sporting Goods, Inc. ("Defendant") shall only provide social security numbers as needed to the class action administrator ("CPT") for the purpose of running a "skip trace." The Parties agree that neither Defendant nor CPT shall disclose any of the class social security numbers to Plaintiff or Plaintiff's counsel.

**IT IS SO ORDERED.**

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE