UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GREER,<br><br>   Plaintiff,<br><br> v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>   Defendant. | Case No. 2:15-cv-01063-KJM-CKD<br><br><br>ORDER |

Following the court's order granting plaintiff's motion for preliminary approval of class action settlement, ECF No. 77 (order) and ECF No. 73 (motion), and upon reviewing plaintiff's revised notice, ECF No. 78, the court APPROVES the proposed class notice and SETS the following notice schedule:

| Date | Event |
|---|---|
| October 1, 2019 [14 days after order] | Last day for settlement administrator to mail class notice to class members |
| October 22, 2019 [10 days before objection deadline] | Last day for plaintiff to move for attorneys' fees, costs, and class representative enhancement payment |
| November 1, 2019 [30 days after settlement administrator mails class notice] | Last day for class members to submit requests for exclusion |
| November 22, 2019 | Last day for plaintiff to file motion for final approval of class action settlement |
| December 20, 2019 at 10:00 a.m. in Courtroom No. 3 | Hearing on plaintiff's motion for final approval of class action settlement and motion for attorneys' fees, costs, and class representative enhancement payment |

1

IT IS SO ORDERED.

DATED: September 18, 2019.

_____
UNITED STATES DISTRICT JUDGE